IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Presley, Carmaletha | Case Number:  06 B 11565 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  9/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  February 7, 2008
Confirmed:  December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,208.00 | |
| Secured: | | 9,816.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 647.42 |
| Other Funds: | | 744.00 |
| Totals: | 13,208.00 | 13,208.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,000.00 | 2,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | Condor Capital Corp | Secured | 26,906.48 | 7,628.31 |
| 5. | Countrywide Home Loans Inc. | Secured | 6,951.13 | 2,188.27 |
| 6. | M3 Financial Services | Unsecured | 22.30 | 0.00 |
| 7. | Cavalry Portfolio/Collection | Unsecured | 37.14 | 0.00 |
| 8. | City of Calumet City | Unsecured | 57.43 | 0.00 |
| 9. | Bell General Office CU | Unsecured | 100.00 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 144.00 | 0.00 |
| 11. | Brother Loan & Finance | Unsecured | 104.75 | 0.00 |
| 12. | Condor Capital Corp | Unsecured | 0.00 | 0.00 |
| 13. | Galway Financial Service | Unsecured | 20.50 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 185.95 | 0.00 |
| 15. | Galway Financial Service | Unsecured | 190.37 | 0.00 |
| 16. | AAA Checkmate LLC | Unsecured | 63.64 | 0.00 |
| 17. | United Collection Bureau Inc | Unsecured | 7.10 | 0.00 |
| 18. | Aspire Visa | Unsecured | 173.38 | 0.00 |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Cbe Group | Unsecured | | No Claim Filed |
| 22. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 23. | Caremark | Unsecured | | No Claim Filed |
| 24. | Bergner Department Store | Unsecured | | No Claim Filed |
| 25. | Columbus Bank & Trust | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Presley, Carmaletha | | Case Number: 06 B 11565 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | | Filed: 9/14/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 27. | M3 Financial Services | Unsecured | | No Claim Filed |
| 28. | Rush Medical Center | Unsecured | | No Claim Filed |
| 29. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 30. | M3 Financial Services | Unsecured | | No Claim Filed |
| 31. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | Medical Collections | Unsecured | | No Claim Filed |
| 37. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 38. | Sunrise CS | Unsecured | | No Claim Filed |
| 39. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 40. | Americash Loans | Unsecured | | No Claim Filed |
| 41. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

$ 36,964.17     $ 11,816.58

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 205.44 |
| 5.4% | 441.98 |
| | $ 647.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: